**Michael BLEDSOE, Appellant,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE and Missouri Department of Corrections, et al., Respondents.**

**WD 77336**

Missouri Court of Appeals,
Western District.

FILED: November 12, 2014

Michael Bledsoe, Appellant Pro Se.

Terrence M. Messonnier, Jefferson City, MO, for respondents.

---

Before Division Three: Karen King Mitchell, Presiding Judge, Cynthia L. Martin, Judge and Gary D. Witt, Judge

### ORDER

Per curiam:

Michael Bledsoe appeals *pro se* the grant of judgment on the pleadings in favor of the Missouri Board of Probation and Parole on his petition for declaratory judgment. We affirm. Rule 84.16(b).